UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRADY J. ARCENEAUX, ET AL.

VERSUS

SYNGENTA CROP PROTECTION,
INC., ET AL.

CIVIL ACTION

NUMBER 08-88-RET-SCR

**ORDER**

This case is assigned for a scheduling conference on May 22, 2008. A magistrate judge's report was issued May 19, 2008 recommending that the plaintiff's Motion to Remand be granted.[1] Also, counsel for the plaintiff and counsel for two of the defendants have advised the court that they prefer the scheduling conference be canceled until after the Motion to Remand is decided.

Therefore;

IT IS ORDERED that the scheduling conference set for May 22, 2008 is canceled, subject to reassignment if necessary after the court rules on the plaintiff's Motion to Remand.

Baton Rouge, Louisiana, May 19, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 39.