FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 24 P 2: 2

BY DEPUTY CLERK

BRADY J. ARCENEAUX, ET AL

VERSUS

SYNGENTA CROP PROTECTION, INC.
ET AL

CIVIL ACTION

NO. 08-88-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 19, 2008. Defendants have filed objections which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand filed by plaintiff, Jacquelyn P. Arceneaux, (rec.doc.no. 21) will be granted.

Baton Rouge, Louisiana, June 24, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA