UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 24 P 2: 24

SIGN
BY DEPUTY CLERK

BRADY J. ARCENEAUX, ET AL

VERSUS

SYNGENTA CROP PROTECTION, INC.
ET AL

CIVIL ACTION

NO. 08-88-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to remand filed by plaintiff, Jacquelyn P. Arceneaux, is granted and this matter is remanded to the 18th Judicial District Court, Iberville Parish, Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, June 24, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

18th JDC